UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL LARUE HYDE & SAMANTHA JO HYDE (née GORDON), IN THE INTEREST OF BLH & BLH | CIVIL ACTION |
| VERSUS | |
| STATE OF LOUISIANA DEPARTMENT OF CHILDREN & FAMILY SERVICES, ET AL. | NO. 23-00172-BAJ-EWD |

## RULING AND ORDER

Plaintiffs, who are representing themselves, are parents seeking to regain custody of their children from the State. (*See* Doc. 1 at pp. 1–2). On March 7, 2023, they filed this suit using the Court's Petition for a Writ of Habeas Corpus form. (*See id.*). In addition to challenging the state court custody proceeding (which seems to be ongoing), Plaintiffs also appear to assert various constitutional claims stemming from events antecedent to the custody proceeding. (*See* Doc. 1 at pp. 5–8). The Magistrate Judge has now issued a **Report and Recommendation (Doc. 4, the "R&R")** recommending that Plaintiffs' habeas claims seeking to overturn a state court child custody decision be dismissed without prejudice for lack of subject matter jurisdiction. (*See* Doc. 4 at p. 10). The R&R further recommends that Plaintiffs' constitutional claims be dismissed without prejudice because they are improperly raised in a habeas petition and cannot be severed. (*See id.* at p. 9 n.38). Plaintiffs' deadline to object to the R&R has passed, without any objection from Plaintiffs.

Having carefully considered Plaintiffs' Petition and the R&R, the Court

APPROVES the R&R and ADOPTS it as the Court's opinion in this matter.

Accordingly,

IT IS ORDERED that Plaintiffs' Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) be and is hereby DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Plaintiffs' constitutional claims be and are hereby DISMISSED WITHOUT PREJUDICE because they were improperly raised in a habeas petition and cannot be severed.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 9th day of June, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA